# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DONNA FENTY,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No: 6:22-cv-16-PGB-DCI**

**PALM POINT BEHAVIORAL**
**HEALTH, LLC,**

      **Defendant.**
_____/

## **ORDER**

This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed on March 11, 2022. (Doc. 11). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Palm Point Behavioral Health, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 14, 2022.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties